

## THE MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD

**(Exercise of Constitution/ Treaty–Secured In Full Life, Allodial Liberties, Rights, Birthrights)**

Autochthonous Aboriginal and Indigenous Moor American Natural Peoples of the Land.
Northwest Amexem / Northwest Africa / North America.
'The North Gate'.
The true and De Jure Al Moroccans / Americans.
(Allodial Unalienable/Inalienable Birthrights)

# <u>Acknowledgement and Consent</u>

Attention; Representative's and /or Assigns
Corporation: <u>SOUTH CAROLINA DEPARTMENT OF SOCIAL SERVICE</u>
Fax Number: <u>(803) 324-9003</u>

**RE:** Servicing and Filing

ATT: Actors, Agents, Representative's and /or Assigns doing business as SOUTH CAROLINA DEPARTMENT OF SOCIAL SERVICE

As Counsels assisting Nichole Harris Bey and Durell El Bey in this civil action entitled Nichole Harris Bey and Durell El Bey v. South Carolina DEPARTMENT OF SOCIAL SERVICE, filed in the United States District Court.

Counsel assisting the Movant(s) hereby request acknowledgement and consent to Service of litigation documents by fax, as a delivery substitute, to give Representatives for DSS (Plaintiff) notice of servicing and filing thereof, by faxing the documents to the party requiring service. Generally, a party must consent to said service in writing to establish adequate service of process. Federal Rule of Civil Procedure 5(b)(2) (e) provides that a person may be served by other electronic means that the person consented to in writing and shall be permitted only where conformation of said agreement is made.

Love ★Truth★ Peace★ Freedom★ Justice

**Terms and Conditions of Service via Fax as follows.**

1. Parties agree to send and receive Pleadings, Writs, Notices, and any other court related to this action entitled Nichole Harris Bey and Durell El Bey. V South Carolina Department of Social Services

2. Which in such an event of servicing via fax documents shall then be said to be complete upon filing or sending.

3. Hours of servicing shall extend only to regular business hours., Monday – Friday between the times of 9:00 am and 5:00 pm. Exception of Weekends and STATE holidays.

4. All documents must contain the Appellation /Name of the attended audience and institution sought along with the fax number of the recipient and case number.

Because we domicile on the California Republic Territories this method of communication is both more feasible and time efficient. We are hopeful that we can agree to service via fax, if there is you would like to include or refute you are inclined to do so; however, if there is nothing further and you agree to service by fax, please print and sign the bottom and fax it back.

**For the record and let the record show that,** by signing this lawful document, the undersign agree to the terms and conditions of this Acknowledgement and Consent letter between Representatives Agents and or Assign doing business as STATE OF SOUTH CARILINA DEPARTMENT OF SOCIAL SERVICE and Moorish American Counsel assisting the Movant(s) Nichole Harris Bey and Durell El Bey.

**I affirm under perjury under the laws of the United States that the foregoing is true and correct too the best of my knowledge and honorable intent.**

I Am: _Maurice Bey_      I Am: _Nichole Harris Bey_   Date _6/ 30/ 2023_

Maurice Bey, In Propria Persona Sui Juris      Nichole Harris Bey, Natural Person, In Propria Persona Sui Juris

Moorish American Assisting Lawful Counsel      All Rights Reserved

'Representative' of Nichole Harris Bey & Durell El Bey

All Rights Reserved:

Representative For DEPARTMENT OF SOCIAL SERVICE

Print: _____

Signature_____

Date:____/_____/2022